UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 MAR -7 AM 9:53

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Virginia MARTINEZ-Montijo** Defendant. | Magistrate Case No. '08 MJ 0723 DEPUTY COMPLAINT FOR VIOLATION OF Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |

The undersigned complainant being duly sworn states:

On or about **March 5, 2008**, within the Southern District of California, defendant **Virginia MARTINEZ-Montijo**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence this 7TH day of **March, 2008.**

UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

**PROBABLE CAUSE STATEMENT**

On March 5, 2008 at approximately 11:00 PM., **Virginia MARTINEZ-Montijo (Defendant)** made application for admission into the United States from Mexico at the vehicle entrance of the San Ysidro Port of Entry. Defendant was the driver and sole visible occupant of a blue Toyota van. Upon inspection before a United States Customs and Border Protection Officer, Defendant presented, as her own, a Form I-551 (Permanent Resident Card) bearing the name Liliana Estrada Sevilla. Defendant gave a negative customs declaration and stated she was going to Chula Vista, California. The CBP Officer conducted a cursory inspection of the vehicle and discovered what appeared to be human beings concealed in the cargo area. The vehicle and its occupants were subsequently escorted to secondary for further inspection.

In secondary, ten people were found concealed in the cargo area of the vehicle. The ten people were removed from the vehicle and determined to be citizens of Mexico without legal documentation to enter the United States. Also during secondary, Defendant was queried by 10-digit fingerprints and photograph comparison through the Automated Biometric Identification System (IDENT) and Integrated Automated Identification System (IAFIS). IDENT and IAFIS returned a match to the query, identifying Defendant as a previously deported alien and citizen of Mexico. Defendant was also linked to FBI and Immigration Service records.

Immigration Service records checks to include the Deportable Alien Control System (DACS) indicate that Defendant was ordered removed from the United States by an Immigration Judge on or about February 6, 2007. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.

At about 1:55 A.M., during a videotaped proceeding, Defendant was advised of her Miranda rights. Defendant acknowledged her rights and agreed to answer questions without benefit of counsel. Defendant admitted she is a citizen of Mexico by birth in Mexicali, Mexico. Defendant admitted she no longer possesses documents that would otherwise permit her legal entry into the United States. Defendant admitted she has been previously deported from the United States and removed to Mexico. Defendant admitted to presenting a Permanent Resident Card not lawfully issued to her. Defendant admitted she has not applied for or received permission from the United States government to legally re-enter the United States. Defendant admitted she intended to enter the United States to resume residency. Defendant admitted she agreed to drive the vehicle into the United States and deliver the vehicle and concealed individuals to the trolley station in Chula Vista, California and in return would be excluded from paying $2,500.00 USD to be smuggled into the United States.